UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civil Action No. _____

ALLSTATE INSURANCE COMPANY; ALLSTATE )
INDEMNITY COMPANY; ALLSTATE PROPERTY )
AND CASUALTY INSURANCE COMPANY; )
ALLSTATE FIRE AND CASUALTY INSURANCE )
COMPANY; ALLSTATE NEW JERSEY INSURANCE )
COMPANY; AND ALLSTATE NEW JERSEY )
PROPERTY AND CASUALTY INSURANCE ) **AFFIDAVIT OF**
COMPANY, ) **MICHAEL W. WHITCHER**
) **IN SUPPORT OF MOTION**
Plaintiffs, ) **FOR ADMISSION TO**
vs. ) **PRACTICE PRO HAC VICE**
)
JOHN S. LYONS, M.D.; SANNA KALIKA, M.D.; )
ILYA BURSHTEYN, M.D.; HARVEY STERN, M.D.; )
JOSEPH MCCARTHY, M.D.; RICHARD DENISE, M.D.; )
RIGHT AID DIAGNOSTIC MEDICINE, P.C.; A PLUS )
MEDICAL P.C.; OMEGA MEDICAL DIAGNOSTIC, )
P.C.; SHORE MEDICAL DIAGNOSTIC, P.C.; )
ORACLE RADIOLOGY OF NY P.C.; ATLANTIC )
RADIOLOGY IMAGING P.C.; ATLANTIC )
RADIOLOGY, P.C.; AURORA RADIOLOGY P.C.; )
DAVID GOLUB; ARTHUR BOGORAZ; SIMON )
KORENBLIT; EDWARD ATBAYSHAN; ALEXANDER )
ZHAROV; AND ALMA BUILDING, LLC, )
)
Defendants. )
)

I, Michael W. Whitcher, being duly sworn, hereby deposes and says as follows:

1. I am an associate of the law firm of Smith & Brink P.C.

2. I submit this affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing in the Bar of the United States District Court for the District of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Signed under the pains and penalties of perjury this 5th day of May, 2011.

_____
Michael W. Whitcher

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

I, _Sarah A. Thornton_, Clerk of this Court,

certify that **Michael W. Whitcher**, Bar **663451**,

was duly admitted to practice in this Court on

**February 22, 2007**, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _Boston, Massachusetts_ on **April 25, 2011**.
LOCATION DATE

Sarah A. Thornton
**CLERK**

**DEPUTY CLERK**

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **second** day of **December** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

## Michael Wainwright Whitcher

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **April** in the year of our Lord **two thousand and eleven.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116