UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK    CASE# 11-CV-2190
_____    (JG)(VVP)
ALLSTATE INSURANCE COMPANY; ALLSTATE
INDEMNITY COMPANY; ALLSTATE PROPERTY
AND CASUALTY INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY; ALLSTATE NEW JERSEY INSURANCE
COMPANY AND ALLSTATE NEW JERSEY
PROPERTY AND CASUALTY INSURANCE
COMPANY,
                                 Plaintiffs,

   vs.

JOHN S. LYONS, M.D.; SANNA KALIKA, M.D.;
ILYA BURSHTEYN, M.D.; HARVEY STERN, M.D.;
JOSEPH MCCARTHY, M.D.; RICHARD DENISE, M.D.;
RIGHT AID DIAGNOSTIC MEDICINE, P.C.; A PLUS
MEDICAL P.C.; OMEGA MEDICALDIAGNOSTIC,
P.C. SHORE MEDICAL DIAGNOSTIC, P.C.;
ORACLE RADIOLOGY OF NY P.C.; ATLANTIC
RADIOLOGY IMAGING P.C.; ATLANTIC
RADIOLOGY, P.C. AURORA RADIOLOGY P.C.;
DAVID GOLUB; ARTHUR BOGORAZ; SIMON
KORENBLIT; EDWARD ATBAYSHAN; ALEXANDER
ZHAROV; AND ALMA BUILDING, LLC,

                                 Defendants.
_____

## NOTICE OF APPEARANCE

      Please take notice that the undersigned hereby appears as counsel of record for the Defendant John S. Lyons, M.D..  All future papers should be served upon me at the address listed below.

                    /s/ Maria Campese Diglio
                    Maria Campese Diglio (MD5650)
                    Blodnick, Conroy, Fazio & Diglio, PC
                    1325 Franklin Avenue, Suite 555
                    Garden City, New York 11530
                    (516) 280-7105

Dated: June 22, 2011

## CERTIFICATE OF SERVICE

      I, Maria Campese Diglio do hereby certify that a true and accurate copy of the foregoing pleading was served upon all counsel of record by ECF and US Mail 1st Class postage prepaid this 22th day of June, 2011

                                    /s/ Maria Campese Diglio  
                                    Maria Campese Diglio