UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY; ALLSTATE
INDEMNITY COMPANY; ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY; ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY;
ALLSTATE NEW JERSEY INSURANCE COMPANY;
AND ALLSTATE NEW JERSEY PROPERTY AND
CASUALTY INSURANCE COMPANY,

                        Plaintiffs,            **NOTICE OF APPEARANCE**

        - against -                    11-CV-02190 (JG) (VVP)

JOHN S, LYONS, M.D.; SANNA KALIKA M.D.; ILYA
BURSHTEYN, M.D.; HARVEY STERN, M.D.; JOSEPH
MCCARTHY, M.D.; RICHARD DENISE, M.D.; RIGHT
AID DIAGNOSTIC MEDICINE, P.C.; A PLUS
MEDICAL, P.C.; OMEGA MEDICAL DIAGNOSTIC,
P.C.; SHORE MEDICAL DIAGNOSTIC, P.C.; ORACLE
RADIOLOGY OF NY P.C.; ATLANTIC RADIOLOGY
IMAGING P.C.; ATLANTIC RADIOLOGY, P.C.;
AURORA RADIOLOGY P.C.; DAVID GOLUB;
ARTHUR BOGORAZ; SIMON KORENBLIT; EDWARD
ATBAYSHAN; ALEXANDER ZHAROV; AND ALMA
BUILDING LLC,

                        Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case as counsel for defendants Ilya Burshteyn, A-Plus Medical, P.C., Omega Medical Diagnostic, P.C. and Shore Medical Diagnostic, P.C. and requests that a copy of all notices and

other papers be served upon him at the address given below.

Dated:  Uniondale, New York
       July 1, 2011

                                        RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
    Matthew F. Didora
    *Attorney for Defendants Ilya Burshteyn,*
    *A-Plus Medical, P.C., Omega Medical*
    *Diagnostic, P.C. and Shore Medical*
    *Diagnostic, P.C.*
    1425 RXR Plaza
    East Tower, 15th Floor
    Uniondale, New York 11556
    (516) 663-6600
    mdidora@rmfpc.com