UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ALLSTATE INSURANCE COMPANY; ALLSTATE
INDEMNITY COMPANY; ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY; ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY;
ALLSTATE NEW JERSEY INSURANCE COMPANY;
AND ALLSTATE NEW JERSEY PROPERTY AND
CASUALTY INSURANCE COMPANY,

                      Plaintiffs,              **NOTICE OF APPEARANCE**

      - against -                              11-CV-02190 (JG) (VVP)

JOHN S, LYONS, M.D.; SANNA KALIKA M.D.; ILYA
BURSHTEYN, M.D.; HARVEY STERN, M.D.; JOSEPH
MCCARTHY, M.D.; RICHARD DENISE, M.D.; RIGHT
AID DIAGNOSTIC MEDICINE, P.C.; A PLUS
MEDICAL, P.C.; OMEGA MEDICAL DIAGNOSTIC,
P.C.; SHORE MEDICAL DIAGNOSTIC, P.C.; ORACLE
RADIOLOGY OF NY P.C.; ATLANTIC RADIOLOGY
IMAGING P.C.; ATLANTIC RADIOLOGY, P.C.;
AURORA RADIOLOGY P.C.; DAVID GOLUB;
ARTHUR BOGORAZ; SIMON KORENBLIT; EDWARD
ATBAYSHAN; ALEXANDER ZHAROV; AND ALMA
BUILDING LLC,

                      Defendants.
------------------------------------X

       **PLEASE TAKE NOTICE**, that the undersigned hereby appears in the above-captioned action as counsel for defendants Ilya Burshteyn ("Burshteyn"), A-Plus Medical, P.C. ("A-Plus"), Omega Medical Diagnostic, P.C. ("Omega") and Shore Medical Diagnostic, P.C. ("Shore") in the above-entitled proceeding and requests that a copy of all notices and other papers in this

proceeding be served at the address given below.

Dated: Uniondale, New York
       June 30, 2011

                                       RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
      Douglas M. Nadjari
      *Attorney for Defendants, Ilya Burshteyn,*
      *A-Plus Medical, P.C., Omega Medical*
      *Diagnostic, P.C. and Shore Medical*
      *Diagnostic, P.C.*
      1425 RXR Plaza
      East Tower, 15th Floor
      Uniondale, New York 11556
      (516) 663-6600
      dnadjari@rmfpc.com