Gary Tsirelman, Esq. (GT3489)
Attorney for Harvey Stern MD and Atlantic Radiology Imaging PC
Joseph McCarthy MD and Atlantic Radiology PC
Gary Tsirelman P.C.
65 Jay St. Third Floor
Brooklyn NY 11201
Tel 718 438 1200

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Allstate Insurance Company et al**, | Index No.: **CV 11-2190** |
| Plaintiffs, | |
| - against - | **NOTICE OF APPEARANCE** |
| **John Lyons, et al** | |
| Defendants. | |

Please take notice that Defendants Harvey Stern MD and Atlantic Radiology Imaging PC, Joseph McCarthy MD and Atlantic Radiology PC appears in this action by the undersigned attorneys and requests the Clerk to note his appearance in this case and to serve all notices and other papers in this action at 65 Jay Street 3rd Fl, Brooklyn, New York 11201.

Dated: Brooklyn, New York
July 28, 2011

Respectfully Submitted,
/s/
_____
Gary Tsirelman Esq.
Gary Tsirelman P.C.
65 Jay St. Third Fl.
Brooklyn NY 11201
Email: gtsirelman@gtmdjd.com