UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, *et al.*,
*Plaintiffs*,

11 Civ. 2190

**MOTION TO DISMISS**

-v.-

JOHN S. LYONS, M.D., *et al.*,
*Defendants*.

---

PLEASE TAKE NOTICE that, upon the Affirmation of Gary Tsirelman, dated September 8, 2011, and the Memorandum of Law in Support of the Motion, dated September 8, 2011and the Memorandum of Law in Support of Defendants' Motion to Dismiss, submitted herewith, Defendants Harvey Stern, M.D., Joseph McCarthy, M.D., Atlantic Radiology Imaging P.C., Atlantic Radiology P.C., Simon Korenblit, Edward Atbayshan, and Alexander Zharov, shall move this Court, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at such time as the court directed or as soon thereafter as counsel may be heard, for an Order compelling arbitration and dismissing the Complaint, and for such other relief as the Court may deem just and proper.

Dated: September 8, 2011
       Brooklyn NY

                                                             /s/
                                                         Gary Tsirelman

Cc:

       Richard D. King, Jr.
       Smith & Brink,PC

Attorneys for the Plaintiffs
1325 Franklin Avenue, Suite 320
Garden City, NY 11530
(347) 710-0050

Ruskin Mouscou Faltischeck, PC
Attorneys for Ilya Burshteyn, M.D.,
A Plus Medial P.C., Omega Medical
Diagnostic, P.C., Shore Medical
Diagnostic, P.C.
East Tower 15th Floor
1425 RXR Plaza
Uniondale, NY 11556

Blodnick, Conroy, Fazio & Diglio, P.C.
Attorneys for the Defendant John S. Lyons, M.D.,
Sanna Kalika, M.D. and Right Aid Diagnostic Medicine
1325 Franklin Avenue, Suite 555
Garden City , NY 11530
516-280-7105
516-280-7102 Fax
Email: cblattberg@bfedlaw.com


Peter Birzon & Associates
Attorneys for Richard Denise, M.D.
400 Jericho Turnpike
Suite 100
Jericho, NY 11753

Howard R. Birnbach, Esq.
111 Great Neck Road
Suite 413
Great Neck, NY 11021

David Golub
c/o Howard R. Birnbach, Esq.
111 Great Neck Road
Suite 413
Great Neck, NY 11021

David Golub
1095 Sheepshead Bay Road
#4
Brooklyn, NY 11229

Alma Building, LLC
1095 Sheepshead Bay Road
#4
Brooklyn, NY 11229

Arthur Bogoraz
10 Hackett Drive
Edison, NJ 08820

Aurora Radiology, P.C.
95-01 103rd Road
Ozone Park, NY 11415

Orancle Radiology of NY, P.C.
33 Schermerhorn Street
Brooklyn, NY 11201