UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, AND ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY,

                         Plaintiffs,

vs.

JOHN S. LYONS, M.D., SANNA KALIKA, M.D., ILYA BURSHTEYN, M.D., HARVEY STERN, M.D., JOSEPH MCCARTHY, M.D., RICHARD DENISE, M.D., RIGHT AID DIAGNOSTIC MEDICINE, P.C., A PLUS MEDICAL, P.C., OMEGA MEDICAL DIAGNOSTIC, P.C., SHORE MEDICAL DIAGNOSTIC, P.C., ORACLE RADIOLOGY OF NY, P.C., ATLANTIC RADIOLOGY IMAGING, P.C., ATLANTIC RADIOLOGY, P.C., AURORA RADIOLOGY, P.C., DAVID GOLUB, ARTHUR BOGORAZ, SIMON KORENBLIT, EDWARD ATBAYSHAN, ALEXANDER ZHAROV, AND ALMA BUILDING, LLC,

                         Defendants.

------------------------------------------------------------------------------x

11-cv-02190 (JG)(VVP)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as co-attorneys of record for plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate New Jersey Insurance Company, and Allstate New Jersey Property and

-2-

Casualty Insurance Company, and requests that copies of all pleadings and papers hereafter served or filed herein be served upon the undersigned.

Dated: New York, NY
September 26, 2011

                                              CADWALADER, WICKERSHAM & TAFT LLP

                                        By: s/ William J. Natbony
                                               William J. Natbony (WN-5507)

                                               One World Financial Center
                                               New York, New York 10281
                                               T: (212) 504-6000
                                               F: (212) 504-6666
                                               bill.natbony@cwt.com
                                               Attorneys for Plaintiffs