UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

C.A. No. 1:11-cv-02190-JG-VVP

ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE NEW JERSEY INSURANCE COMPANY; AND ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiffs,

vs.

JOHN S. LYONS, M.D.; SANNA KALIKA, M.D.; ILYA BURSHTEYN, M.D.; HARVEY STERN, M.D.; JOSEPH MCCARTHY, M.D.; RICHARD DENISE, M.D.; RIGHT AID DIAGNOSTIC MEDICINE, P.C.; A PLUS MEDICAL P.C.; OMEGA MEDICAL DIAGNOSTIC, P.C.; SHORE MEDICAL DIAGNOSTIC, P.C.; ORACLE RADIOLOGY OF NY P.C.; ATLANTIC RADIOLOGY IMAGING P.C.; ATLANTIC RADIOLOGY, P.C.; AURORA RADIOLOGY P.C.; DAVID GOLUB; ARTHUR BOGORAZ; SIMON KORENBLIT; EDWARD ATBAYSHAN; ALEXANDER ZHAROV; AND ALMA BUILDING, LLC,

Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by the plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate New Jersey Insurance Company, and Allstate New Jersey Property & Casualty Insurance Company (collectively "Allstate"), and defendant, Richard Denise, by and

through their undersigned counsel, that Allstate's First Amended Complaint (Docket No. 72) be dismissed without prejudice as to Richard Denise, without cost to any party.

Respectfully Submitted,

Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company, Allstate Property & Casualty Insurance Company,*
*Allstate New Jersey Insurance Company,*
*a*
*n*
*d*

*Allstate New Jersey Property and Casualty Insurance Company*
By Their Attorneys:

_____
Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Michael W. Whitcher (MW7455)
Smith & Brink, P.C.
350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

Dated: October 14, 2011

Defendant,
Richard Denise
By His Attorneys,

_____
Peter Birzon (pb1518)
Maureen Quinn (mq 0219)
Peter Birzon & Associates
400 Jericho Turnpike, Suite 100
Jericho, NY 11753
(516) 942-9100

Dated: October 14, 2011