UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, LLSTATE FIRE & CASUALTY INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY AND ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY

     Plaintiffs,

vs.

JOHN S. LYONS, M.D.; SANNA KALIKA, M.D.; ILYA BURSHTEYN, M.D.; HARVEY STERN, M.D.; JOSEPH MCCARTHY, M.D.; RICHARD DENISE, M.D.; RIGHT AID DIAGNOSTIC MEDICINE, P.C.; A PLUS MEDICAL, P.C.; OMEGA MEDICAL DIAGNOSTIC, P.C.; SHORE MEDICAL DIAGNOSTIC, P.C.; ORACLE RADIOLOGY OF NY, P.C.; ATLANTIC RADIOLOGY IMAGING, P.C.; ATLANTIC RADIOLOGY, P.C.; AURORA RADIOLOGY, P.C.; DAVID GOLUB; ARTHUR BOGORAZ; SIMON KORENBLIT; EDWARD ATBAYSHAN; ALEXANDER ZHAROV; AND ALMA BUILDING LLC..

     Defendants,

---

Civil Action No. 1:11-cv-02190-JG-VVP

**NOTICE OF MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed affidavit of Massimiliano Valerio in support of this motion and the Certificate of Good Standing annexed thereto, movant will move this Court before the Honorable John Gleeson, at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm Tsirelman & Valerio, P.C. and a member in good standing of the Bar of the State of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: October 19, 2011

        Respectfully submitted,

        _____
        Max Valerio
        Tsirelman & Valerio, P.C.
        45-18 Court Square, #301
        Long Island City, NY 11101
        718.506-9300 (x102)