UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, *et al.*

            Plaintiffs,

vs.

JOHN S. LYONS, M.D. *et al.*

           Defendants,

Civil Action No. 1:11-cv-02190-JG-VVP

**AFFIDAVIT OF MASSIMILIANO VALERIO IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

---

I, Massimiliano Valerio, being duly sworn, hereby depose and say as follows:

1. I am a member of the law firm Tsirelman & Valerio, P.C.

2. I submit this affidavit in support of the Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing in the Bar of the State of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case

Signed under the pains and penalties of perjury this 19th Day of October, 2011.

                                                Max Valerio

SELINA Y CHIN
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #02CH6214420
COMMISSION EXPIRES DECEMBER 7, 2013