CIVIL CAUSE FOR CONFERENCE: Oral Argument

Before JUDGE: __GLEESON__

Docket Number: 11 CV 2190          DATE: 10/27/11     TIME: 10:05 - 11:30am

TITLE: Allstate Insurance Company et al v. Lyons et al

Courtroom Deputy: V. Klui          CR: Charlene Heading

APPEARANCES:

FOR PLAINTIFF: Richard D. King

FOR PLAINTIFF: Nathan A. Tilden + William Mattony

FOR DEFENDANT: Edward K. Blodnick

FOR DEFENDANT: Charles P. Blattberg
Wesley R. Mead
Gary Tsirilman + Massimiliano Valerio

__✓__ CASE CALLED.

___ COUNSEL FOR_____NOT PRESENT.

___ STATUS CONFERENCE HELD.      ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON_____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY_____.

__✓__ Defendant's_____ MOTION TO__Dismiss [78] and [81].

BRIEFING SCHEDULE:
Motion due: _____ Opposition/Response due: _____ Replies due: _____

__✓__ ORAL ARGUMENT/MOTION HEARING HELD ___ Motion GRANTED ___ Motion DENIED

___ DECISION RESERVED ___ DECISION READ INTO THE RECORD.

__X__ DECISION IS TAKEN UNDER SUBMISSION.

Motion to appear Pro Hac Vice [95] Granted