UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

ALLSTATE INSURANCE COMPANY; ALLSTATE
INDEMNITY COMPANY; ALLSTATE PROPERTY

AND CASUALTY INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY; ALLSTATE NEW JERSEY INSURANCE
COMPANY AND ALLSTATE NEW JERSEY
PROPERTY AND CASUALTY INSURANCE
COMPANY,

                    Plaintiffs,

        vs.

JOHN S. LYONS, M.D.; SANNA KALIKA, M.D.;
ILYA BURSHTEYN, M.D.; HARVEY STERN, M.D.;
JOSEPH MCCARTHY, M.D.; RICHARD DENISE, M.D.;
ANY PROFESSIONAL MEDICAL CORPORATION; A
PLUS MEDICAL P.C.; OMEGA MEDICALDIAGNOSTIC,
P.C. SHORE MEDICAL DIAGNOSTIC, P.C.;
ORACLE RADIOLOGY OF NY P.C.; ATLANTIC
RADIOLOGY IMAGING P.C.; ATLANTIC
RADIOLOGY, P.C. AURORA RADIOLOGY P.C.;
DAVID GOLUB; ARTHUR BOGORAZ; SIMON
KORENBLIT; EDWARD ATBAYSHAN; ALEXANDER
ZHAROV; AND ALMA BUILDING, LLC,

                    Defendants.

----------------------------------------------------------------------X

C.A. No. 1:11-cv-02190-JG-VVP

**CONSENT TO CHANGE ATTORNEY**

      IT IS HEREBY CONSENTED THAT, the law firm of BLODNICK, FAZIO, & ASSOCIATES, P.C., located at 1325 Franklin Avenue, Suite 555, Garden City, NY 11530, with telephone number (516) 280-7105, be substituted for as counsel for Defendant, SANNA KALIKA, M.D.,  for BLODNICK, CONROY, FAZIO & DIGLIO, P.C. 1325 Franklin Avenue, Suite 555, Garden City, NY 11530 (516) 280-7105 by, in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

Dated: Garden City, New York
       March 5, 2012

                              BLODNICK, FAZIO, & ASSOCIATES, P.C.
                              (Incoming Attorneys)

BLODNICK, CONROY, FAZIO & DIGLIO, P.C.
(Outgoing Attorneys)

SANNA KALIKA, M.D.

STATE OF NEW YORK   )
                                        )ss.:
COUNTY OF NASSAU    )


On _Morch6_, 2012, before me, the undersigned, a Notary Public in and for said State, personally appeared SANNA KALIKA, M.D. personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.


Notary Public

ELISSA JANSEN
NOTARY PUBLIC, STATE OF NEW YORK
COUNTY OF NASSAU
01JA6046448
COMMISSION EXPIRES 8/14/20 14